# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

|   |   |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware Limited Liability Company, ) ) ) ) Plaintiff, ) ) v. ) ) HOPE AND FAITH, INC., ) a North Carolina Corporation, ) ) Defendant. ) ) | C.A. No. 3:06-cv-00431 |

## FINAL JUDGMENT

Upon consideration of Plaintiff's Motion for Default Judgment against Defendant Hope and Faith, Inc. for failure to file any Answer in response to Plaintiff's Complaint, and the entire record herein, it is by the Court this 26 day of February, 2007,

ORDERED, that Plaintiff's Motion for Default Judgment be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that Final Judgment be, and the same hereby is, ENTERED in favor of Plaintiff on all counts of the Complaint, other than with respect to Plaintiff's request for injunctive relief; and it is

FURTHER ORDERED, that Defendant pay, by certified check made out to "Baskin-Robbins Franchised Shops LLC," all of Plaintiff's attorneys' fees and costs incurred in this action, totaling $8,499.65 to date, by no later than ten (10) days of the date of this Order, and that, in the event that Defendant fails to satisfy any of their obligations under this Order, or to the

CLT 1019848v1

extent that Plaintiff is otherwise required to incur additional reasonable attorneys' fees and costs to enforce the terms of this Order, Defendant pay such additional fees and costs to Plaintiff.

SO ORDERED.

*signature*
Graham C. Mullen
United States District Judge

DATED: February 26, 2007

CLT 1019848v1